UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAO YIAN SAECHAO,

                Petitioner,

    v.

ICE FIELD OFFICE DIRECTOR,

                Respondent.

Case No. C24-1329-RSM

ORDER DISMISSING ACTION

The Court, having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, hereby ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) This action is DISMISSED without prejudice for failure to satisfy the filing fee requirement.

(3) The Government's motion to dismiss (dkt. # 4) is STRICKEN as moot.

//
//
//
//

ORDER DISMISSING ACTION - 1

(4) The Clerk is directed to send copies of this Order to all parties and to the Honorable Michelle L. Peterson.

DATED this 8th day of November, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION - 2